No. 72–6946.  SHERMAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 72–6948.  JARRETT v. SCOTT, GOVERNOR OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–6949.  AMES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6953.  MILLER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6954.  AVERITT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6955.  COPPOLA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6957.  GRILLS v. TENNESSEE.  C. A. 6th Cir. Certiorari denied.

No. 72–6958.  GARDNER v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 72–6959.  WATKINS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 72–6960.  THUNDERSHIELD v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 72–6961.  GAMMON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–6962.  McCARTHNEY v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–6963.  SCARPA v. HENDERSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.